IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00890-WJM-BNB

DONALD D. PLUMB,

Plaintiff,

v.

THOMAS P. NEIL, and
RED EAGLE OIL, INC., d/b/a Red Eagle Transportation,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion to Amend Scheduling Order** [docket no. 27, filed December 6, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 15, 2014**;

> Discovery Cut-off: **February 15, 2014**;
> Dispositive Motion Deadline: **March 15, 2014**.

IT IS FURTHER ORDERED that the Pretrial Conference set for March 27, 2014, is **vacated and reset to May 30, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **May 23, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: December 6, 2013