IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 13-cv-00890-WJM-BNB | Date: December 17, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| DONALD D. PLUMB | *Robert D. Wilhite, III* |
| | *Sandra L. Hagen* |
| **Plaintiff(s)** | |
| v. | |
| THOMAS P. NEIL | *James M. Dieterich* |
| RED EAGLE OIL, INC | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  2:24 p.m.

Appearance of counsel.

Argument given on [24] Defendants' Motion to Compel.

For reasons stated on the record, it is

**ORDERED:  [24] Defendants' Motion to Compel is GRANTED IN PART and DENIED IN PART.**

Court in Recess:  3:29 p.m.    Hearing concluded.    Total time in Court:  01:05

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119