IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00890-WJM-BNB

DONALD D. PLUMB,

Plaintiff,

v.

THOMAS P. NEIL, and
RED EAGLE OIL, INC., d/b/a Red Eagle Transportation,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Defendant's Motion to Compel** [Doc. # 24, filed 11/27/2013] (the "Motion to Compel"). I held a hearing on the Motion to Compel on December 17, 2013, and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 24] is GRANTED IN PART and DENIED IN PART as specified on the record.

Dated December 30, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge