IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00890-WJM-BNB

DONALD D. PLUMB,

Plaintiff,

v.

THOMAS P. NEIL, and
RED EAGLE OIL, INC., d/b/a Red Eagle Transportation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Enlargement of Time to File Plaintiff's Pretrial Order and Pretrial Conference** [docket no. 37, filed June 11, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for June 25, 2014, is **vacated and reset to August 7, 2014, at 1:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **July 31, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  June 12, 2014