**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0890-WJM-BNB

DONALD D. PLUMB

      Plaintiff,

v.

THOMAS P. NEIL, and
RED EAGLE OIL, INC., d/b/a RED EAGLE TRANSPORTATION, a Wyoming corporation,

      Defendants.

---

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

---

      This matter comes before the Court on the Parties' Joint Motion for Dismissal with Prejudice, filed August 13, 2014 (ECF No. 41).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

      The Parties' Joint Motion to Dismiss is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

      Dated this 13th day of August, 2014.

                                                     BY THE COURT:

                                                   William J. Martínez
                                                   United States District Judge